IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER G. WIESE and CARLA K.
WIESE ,

  Plaintiffs,

v.

COMMUNITY BANK OF CENTRAL
WISCONSIN, NORMAN B.
KOMMER; AL LAWSON; LARRY
HERRINGTON; JESSE NELSON;
KEN SEUBERT; BILL FLINK; J&L
STEEL, INC.; TRI-COUNTY
EQUIPMENT, CO.; DIRECTORS
JOHN DOE 1-16; SCOTT SISKO;
FARM SERVICE AGENCY; ED
SCHAFER, in his official capacity as
Secretary of Agriculture; BEN
BRANCEL, in his official capacity as
the Farm Service Agency Wisconsin
State Executive Director,

  Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-272-bbc

---

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Ed Schafer, Ben Brancel and Farm Service Agency, dismissing plaintiffs' APA claim. Plaintiffs' claims against defendants Community Bank of Central Wisconsin, Norman B. Kommer, Al Lawson,

Judgment in a Civil Case                                                                                                  Page 2

Larry Herrington, Jesse Nelson, Ken Seubert, Bill Flink, Scott Sisko, J&L Steel, Inc., Tri-County Equipment and the Directors of Community Bank of Central Wisconsin John Doe 1-16 are DISMISSED without prejudice to plaintiffs' refiling them in state court.

Approved as to form this 4th day of December, 2008.

_Barbara B. Crabb_
Barbara B. Crabb,
District Judge

_Peter Oppeneer_                                  12/5/08
Peter Oppeneer, Clerk of Court                     Date